**Order entered April 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00306-CV

### JOHN R. CHANCE, Appellant

### V.

### CITIMORTGAGE, INC., Appellee

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-10-14984**

## ORDER

Before the Court is appellant's April 2, 2013 motion for en banc reconsideration.

Appellant's motion is **DENIED**.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE